UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>v.<br><br>HELEN V. CHAN, et al.,<br><br>    Defendants. | Case No. 21-cv-02445-LB<br><br>**ORDER GRANTING IN PART ADMINISTRATIVE MOTION**<br><br>Re: ECF No. 26 |

**ORDER**

The plaintiff sued the owners of property where the Versailles Hair Salon is located for violating the Americans with Disabilities Act of 1990 (ADA) and California's Unruh Civil Rights Act.[1] The plaintiff asserts that the Versailles Hair Salon was inaccessible to wheelchair users like himself.[2] In his motion for administrative relief, the plaintiff asks the court to (1) order the defendants to provide three dates of availability for a site inspection and (2) extend the General Order 56 site inspection deadline to April 30, 2022.[3] Defense counsel claims that he has not

---

[1] Compl. – ECF No. 1 at 2, 5–7 (¶¶ 2–5, 24–34). Citations refer to material in the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] *Id.* at 3–5 (¶¶ 10–23).

[3] Mot. for Admin. Relief – ECF No. 26 at 2.

ORDER – No. 21-cv-02445-LB

received communications from plaintiffs' counsel in more than five months.[4] Furthermore, the defendant asserts that because the Versailles Hair Salon closed in May 2021, the complaint should be dismissed under *Brian Whitaker v. Le Marais Bakery, LLC*.[5] No. 21-cv-06590-TSH, 2022 WL 827643, at *4–5 (N.D. Cal. Mar. 18, 2022) (dismissing similar ADA and Unruh Act claims after the subject business permanently closed).

The court extends (1) the deadline to complete the site inspection from June 12, 2021 to April 30, 2022 and (2) related deadlines for an equivalent number of days but does not order the defendants to provide availability for the site inspection within any specific period given the possibility that defendants may soon move for dismissal.

**IT IS SO ORDERED.**

Dated: March 30, 2022

LAUREL BEELER
United States Magistrate Judge

---

[4] Resp. to Mot. for Admin. Relief – ECF No. 27 at 1.

[5] *Id.* at 2; Bovarnick Decl. – ECF No. 27-1 at 19–22.