UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| BRIAN WHITAKER,<br><br>   Plaintiff,<br><br>   v.<br><br>HELEN V. CHAN, et al.,<br><br>   Defendants. | Case No. 21-cv-02445-LB<br><br>**JUDGMENT** |

The court has dismissed the plaintiff's complaint without leave to amend. Therefore, judgment is entered in favor of the defendants. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 2, 2022

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 21-cv-02445-LB