United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HELEN V. CHAN, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-02445-LB<br><br>**AMENDED JUDGMENT** |

The court has dismissed the plaintiff's complaint without leave to amend. Judgment is entered in favor of the defendants on the plaintiff's ADA claim and the court declines to exercise supplemental jurisdiction over the plaintiff's Unruh Act claim. The dismissal of the Unruh Act claim is without prejudice to its refiling in state court. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 3, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge